IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

TOA ALTA DENTAL GROUP CORP.   *   CASE NUMBER 20-03804(BKT)
\*
\*
\*
Debtor(s)   *   CHAPTER 7
\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

U.S. TRUSTEE'S NOTICE OF APPOINTMENT OF SUCCESSOR TRUSTEE AND
RESCHEDULING OF 341 MEETING OF CREDITORS

TO THE HONORABLE COURT:

COMES NOW, Nancy J. Gargula, United States Trustee for Region 21, and pursuant to 28 U.S.C. Section 586(a) and 11 U.S.C. Section 307, respectfully states:

1. On, September 26th, 2020, the United States Trustee **appointed NOREEN WISCOVITCH RENTAS** as interim trustee in the present case. This case is related to the case of 20-03802(BKT) Sonrisas Dental Care P.S.C. The Trustee appointed in case number 20-03802(BKT) is Roberto Roman Valentin.

2. In view of the above stated, Noreen Wiscovitch Rentas resigns to her appointment. Therefore, the United States Trustee hereby appoints **ROBERTO ROMAN VALENTIN,** as successor trustee in the above captioned case pursuant to 11 U.S.C. § 703(a).

3. **The meeting of creditors pursuant 11 U.S.C. Section 341(a) will be rescheduled for October 29TH, 2020 AT 10:30AM.**  The meeting of creditors will be held via telephonic conference line.  If you wish to join the meeting, please dial **1 (877) 523-0933**, and enter the following passcode: **2217474**, followed by the "**#**" sign.  Please join the line at the exact scheduled time.

RESPECTFULLY SUBMITTED.

UST NOTICE OF APPOINTMENT OF SUCCESSOR TRUSTEE  PAGE 2 OF 2
AND RESCHEDULING OF 341 MEETING OF CREDITORS
CASE NAME TOA ALTA DENTAL GROUP CORP.
CASE NUMBER 20-03804(BKT)

I HEREBY CERTIFY that on this day I electronically filed a true and exact copy of the foregoing with the Clerk of the Court using CM/ECF System which will send notification of such to:

| | |
|---|---|
| NOREEN WISCOVITCH RENTAS | courts@nwr-law.com |
| LYSSETTE A MORALES VIDAL | lamoraleslawoffice@gmail.com |
| UNITED STATES TRUSTEE | ustpregion21.hr.ecf@usdoj.gov |
| MONSITA LECAROZ ARRIBAS | ustpregion21.hr.ecf@usdoj.gov |

THE CLERK SHALL GIVE NOTICE to all parties in interest in accordance with the official master address list for the captioned case, and to the successor trustee to the following address: **Roberto Roman Valentin, P.O. Box 9024003, San Juan, PR 00902-4003.**

In San Juan, Puerto Rico, this 28th, day of September, 2020.

NANCY J. GARGULA
UNITED STATES TRUSTEE, REGION 21

**[Electronically Filed]**

s/Monsita Lecároz Arribas
MONSITA LECAROZ ARRIBAS
ASSISTANT U.S. TRUSTEE
Office of the U.S. Trustee
Ochoa Building
500 Tanca Street, Suite 301
San Juan, PR 00901-1922
Telephone (787) 729-7444
Facsimile  (787) 729-7449
USDC-PR #207707